UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:04-CV-0854-JDT-TAB |
| | ) |
| CITIZENS GAS & COKE UTILITY, | ) |
| | ) |
| Defendant. | ) |

## ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation. Counsel was afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report and any objections thereto, and being duly advised, approves and adopts the Magistrate Judge's Report and Recommendation.

Accordingly, Citizens' motion is granted with respect to Carter's hostile environment claims [Am. Compl., ¶¶ 15-17, 19, 22, 23], and denied with respect to Carter's failure to promote claim. [Am. Compl., ¶ 29].

ORDERED THIS  18th  day of    May       , 2005.

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

Wayne O. Adams III
ICE MILLER
wayne.adams@icemiller.com

Julie M. Conrad
ICE MILLER
conrad@icemiller.com

Stacey Michelle Davis
staceymdavislaw@aol.com