UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS CARTER, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:04-CV-0854 JDT-TAB |
| ) | |
| v. ) | |
| ) | |
| CITIZENS GAS AND COKE UTILITY, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING LEAVE TO FILE OVERSIZED BRIEF

The Court, having been duly advised, now finds that the Defendant's Motion for Leave to File Oversized Brief is meritorious and should be **GRANTED**. Defendant's Brief in Support of Motion for Summary Judgment is hereby deemed filed in its entirety and will be considered in its entirety.

DATED: 10/12/2005 _____

_____
John Daniel Tinder, Judge
United States District Court

Distribution:

Wayne O Adams III
Margaret D. Wielenberg
ICE MILLER
One American Square, Box 82001
Indianapolis, IN  46202-0200
wayne.adams@icemiller.com
margaret.wielenberg@icemiller.com

Stacey M.Davis, Esq.
120 E. Market Street, Suite 717
Indianapolis, IN  46204
staceymdavislaw@aol.com

INDY 1622835v.1