UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS CARTER, | ) |
| Plaintiff, | ) |
| vs. | ) 1:04-cv-0854-JDT-TAB |
| CITIZENS GAS & COKE UTILITY, | ) |
| Defendant, | ) |

## ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation. Counsel were afforded due opportunity pursuant to statute and the rules of this court to file objections. None were filed. The court, having considered the Magistrate Judge's Report and being duly advised, approves and adopts the Magistrate Judge's Report and Recommendation.

Accordingly, Defendant's motion for summary judgement [Docket No. 47] is GRANTED. Judgment will be entered in favor of the Defendant and against the Plaintiff.

ALL OF WHICH IS ORDERED THIS 18th day of April 2006.

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

Wayne O. Adams III
ICE MILLER LLP
wayne.adams@icemiller.com

Julie M. Conrad
ICE MILLER LLP
conrad@icemiller.com

Stacey Michelle Davis
staceymdavislaw@aol.com

Margaret Dewey Wielenberg
ICE MILLER LLP
margaret.wielenberg@icemiller.com